**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CLAY CALLE JARA,

                Plaintiff,

                -against-

MANNA 2ND AVENUE LLC, *et al.*,

                Defendants.
------------------------------------------------------------x

18-CV-2871 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are to submit a Joint Status Letter by **February 12, 2021**.

**SO ORDERED.**

Dated: January 28, 2021
New York, New York

                *s/ Ona T. Wang*
              **Ona T. Wang**
              United States Magistrate Judge