**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CLAY CALLE JARA,                                         :
                                                         :
             Plaintiff,                            :      18-CV-2871 (OTW)
                                                         :
             -against-                            :      **ORDER**
                                                         :
MANNA 2ND AVENUE LLC, *et al.*,                          :
                                                         :
             Defendants.                           :
                                                         :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a pretrial conference in this matter on **Wednesday, March 17, 2021 at 2:30 pm**. The dial in information is (866) 390-1828, access code 1582687.  By **Wednesday, March 10, 2021**, the parties must submit a joint updated and amended version of the witness list and descriptions contained in the parties' proposed Joint Pretrial Order at Section VIII.

      **SO ORDERED.**

                                                          *s/ Ona T. Wang*
Dated: March 1, 2021                                     **Ona T. Wang**
New York, New York                        United States Magistrate Judge