**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

CLAY CALLE JARA,

            Plaintiff,

            -against-

MANNA 2ND AVENUE LLC, *et al.*,

            Defendants.

------------------------------------------------------------x

18-CV-2871 (OTW)

---

ALFREDO BELLO HERRERA AND ANGELO
BELLO SILVA, *on their own behalf and on
behalf of others similarly situated,*

            Plaintiffs,

            -against-

MANNA 2ND AVENUE LLC, *et al.*,

            Defendants.

------------------------------------------------------------

20-CV-11026 (GHW) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge**:

      *Bello Herrera, et al. v. Manna 2nd Avenue LLC, et al.*, 20-CV-11026 (GHW) (OTW), has

been referred to me for general pretrial purposes. A related case, *Clay Calle Jara v. Manna 2nd

Ave LLC, et al.*, 18-CV-2871 (OTW), has been assigned to me for all purposes on the parties'

consent pursuant to 8 U.S.C. § 636(c). The parties in 20-CV-11026 (GHW) (OTW) shall meet and

confer and advise the Court by **May 14, 2021** as to whether they jointly consent to decision of

this action by a United States Magistrate Judge (that is, the undersigned), pursuant to the

consent form available on the Southern District website at

https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge.  If both parties

consent, they should complete counterparts of the form and file such on the docket.  If either

or both parties do not consent, counsel shall report to chambers that the parties do not

consent, **without indicating any particular party's consent or non-consent.  This Order is not

meant to interfere in any way with the parties' absolute right to decision by a United States

District Judge, but is merely an attempt at preserving scarce judicial resources and reminding

the parties of their option pursuant to 28 U.S.C. § 636(c).**

       **SO ORDERED.**

                                *s/ Ona T. Wang*

Dated: April 22, 2021                               **Ona T. Wang**
      New York, New York              United States Magistrate Judge