```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
CLAY CALLE JARA,                                              :
                                                              :
                    Plaintiff,                                :      18-CV-2871 (OTW)
                                                              :
          -against-                                           :      ORDER
                                                              :
MANNA 2ND AVENUE LLC, et al.,                                 :
                                                              :
                    Defendants.                               :
                                                              :
                                                              :
-------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to the instructions given at the April 21, 2021 conference, by **April 30, 2021**:

- The parties shall inform the Court of their "bad dates" for trial in the 3rd quarter of 2021. Each side may submit **three** bad dates.

- The parties shall file an updated proposed JPTO with revised stipulated facts.

- Plaintiff shall file his supplemental pre-trial memorandum of law. Defendant's responsive brief is due **May 21, 2021**. (ECF 123, 126 at 21-22).

SO ORDERED.

|  |  |
|---|---|
|  | _s/ Ona T. Wang_ |
| Dated: April 22, 2021 | **Ona T. Wang** |
| New York, New York | United States Magistrate Judge |