UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------x
CLAY CALLE JARA,                       :
                                       :
                Plaintiff,             :         18-CV-2871 (OTW)
                                       :
        -against-                      :         ORDER
                                       :
MANNA 2ND AVENUE LLC, et al.,          :
                                       :
                Defendants.            :
                                       :
                                       :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

Trial in this matter is scheduled to begin on **September 22, 2021**. The parties are directed to appear for an **in-person** pretrial conference on **July 21, 2021 at 11:00 am** at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 20D. The parties shall file a proposed joint agenda for the conference by **July 16, 2021**.

**SO ORDERED.**

Dated: June 25, 2021  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge