**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CLAY CALLE JARA,

              Plaintiff,                                   18-CV-2871 (OTW)

           -against-                                   **ORDER**

MANNA 2ND AVENUE LLC, *et al.*,

              Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court will hold a pretrial conference on **September 20, 2021 at 10:30 a.m**. in Courtroom 20D of 500 Pearl Street. Immediately following the conference, the parties will meet with the Court's Courtroom Technology department in Courtroom 26B (where the trial will occur). Technology-related questions should be directed to the department. *See* https://www.nysd.uscourts.gov/court-tech. All requests to bring electronic devices into the Courthouse shall be made to Chambers via email, no later than **September 16, 2021**, using the "Electronic Devices General Purpose" form found on the Court's website. *See* https://nysd.uscourts.gov/forms/fillable-form-electronic-devices-general-purpose.

Pursuant to the instructions given at the September 8, 2021 conference:

- By **September 15, 2021**, Defendants shall file their response to Plaintiff's motions in limine (ECF 168-174). The response shall update the Court on meet and confer discussions with Plaintiffs regarding the disputes and the

possibility of Mr. Bello testifying through deposition designation in lieu of live testimony.

- By **September 17, 2021**, the parties shall file revised proposed jury instructions.

- By **September 17, 2021**, the parties shall meet and confer regarding the proposed exhibit list and attempt to resolve all objections thereto. To the extent any objections remain, the parties shall file letter briefs by **September 17, 2021**. By the **same date**, the parties shall also deliver to the Court **three** courtesy copies of the exhibit binder, which shall include: (1) all proposed exhibits, including signed stipulation(s) of facts (*see* ECF 150-1 at 5-7) and (2) letter briefs addressing any outstanding objections thereto.

- The parties shall order and review the transcript of the September 8, 2021 conference **before September 15, 2021. The parties must comply with all instructions made on the record at the September 8th conference, even if not explicitly referenced in this Order.**

**SO ORDERED.**

Dated: September 10, 2021  
New York, New York

_s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge