**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CLAY CALLE JARA,                                          :
                                                         :
                         Plaintiff,                       :          18-CV-2871 (OTW)
                                                         :
          -against-                                       :
                                                         :          **ORDER OF DISMISSAL**
MANNA 2ND AVENUE LLC, *et al.*,                          :
                                                         :
                         Defendants.                      :
                                                         :
                                                         :
                                                         :
                                                         :
-------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      Based on the settlement agreement reached by the parties and transcribed by the court reporter on September 20, 2021, **IT IS HEREBY ORDERED THAT** this action is dismissed with prejudice and without costs except as stated in the settlement agreement on the record. The Court retains jurisdiction pursuant to the terms of the settlement agreement. Any pending motions are terminated as moot and all conferences and the jury trial scheduled to begin on September 22, 2021, are cancelled. For the reasons stated on the record, the Court finds the settlement to be fair and reasonable under *Cheeks v. Freeport Pancake House*, Inc., 796 F.3d 199 (2nd Cir. 2015). The parties are directed to order the transcripts of the September 20, 2021 conferences and share the cost. The Court thanks counsel and the parties for their hard work to resolve the matter. The Clerk is directed to close the docket in this matter.

      **SO ORDERED.**


                                          *s/ Ona T. Wang*
Dated: September 21, 2021                        **Ona T. Wang**
      New York, New York              United States Magistrate Judge