UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CLAY CALLE JARA, *individually and on behalf of others similarly situated*,

Case No. 18-cv-2871 (OTW)

*Plaintiff*,

-against-

**JUDGMENT**

MANNA 2ND AVE LLLC, et al.,

*Defendants*.
-------------------------------------------------------

    **WHEREAS,** Plaintiff and Defendants MANNA 2ND AVE LLC (D/B/A GINA LA FORNARINA), MANNA MADISON AVENUE LLC (D/B/A GINA LA FORNARINA), WEST D & P LLC (D/B/A GINA), MANNA LEXINGTON AVENUE LLC (D/B/A GINA LA FORNARINA), MAMEXICANA LLC (D/B/A GINA MEXICANA), and PAOLA PEDRIGNANI ("Defendants") entered into a settlement agreement in this action, which was approved by this Court on September 20, 2021;

    **WHEREAS,** Defendants have defaulted in making the settlement payments to Plaintiff as provided for in the settlement agreement;

    **WHEREAS,** this matter came before the Court for an entry of Judgment in favor of Plaintiff and against Defendants, pursuant to the settlement agreement;

    **NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is hereby entered in favor of Plaintiff CLAY CALLE JARA and against Defendants MANNA 2ND AVE LLC (D/B/A GINA LA FORNARINA), MANNA MADISON AVENUE LLC (D/B/A GINA LA FORNARINA), WEST D & P LLC (D/B/A GINA), MANNA LEXINGTON AVENUE LLC (D/B/A GINA LA FORNARINA), MAMEXICANA LLC (D/B/A GINA MEXICANA), and PAOLA PEDRIGNANI, jointly and severally, in the sum of Four Thousand Dollars and Zero Cents ($4,000.00) and that Plaintiff shall have execution thereof.

Judgment Entered this __**25**__ day of

___**July**___, 2023.

_____
US Magistrate Judge Ona T. Wang